Case 2:09-cv-00265-FVS    Document 7    Filed 12/08/2009

Jeffrey T. Fehr
Fehr Law Office, PLLC
P.O. Box 2346
Wenatchee, WA 98807-2346
(509) 888-0386

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIS TRUJILLO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,<br><br>　　　　　　　　　Defendant. | **NO.** CV-09-0265-FVS<br><br>**JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN** |

Pursuant to CR 26(f) counsel of record for all parties conferred on December 7, 2009 at 10:45 a.m. The following summarizes that conference.

1.　　Nature and Complexity of the Case. This is relatively simple case. The Plaintiff alleges violations of the Fair Debt Collection Practices Act, and the Washington Collection Agency Act and Consumer Protection Act. The Defendant denies liability and asserts the bona fide error defense.


JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN
Page 1 of 4

**FEHR LAW OFFICE, PLLC**
124 N. WENATCHEE AVE., SUITE A
PO BOX 2346
WENATCHEE WA 98807-2346
509-888-0386 FAX 509-888-0391

2. Possibility of Settlement. There is a realistic possibility of settlement. Counsel agree to the use of a Magistrate for settlement purposes.

3. Initial Disclosures. Counsel agree to provide the Initial Disclosures required by CR 26(a)(1) to opposing counsel by December 20, 2009.

4. Issues About Preserving Discoverable Information. Defendant will provide Plaintiff's counsel with a hardcopy of its file on the Plaintiff, including all applicable legends or glossaries needed to interpret the Plaintiff's file, by December 30, 2009 and agrees to provide an electronic version of the same file.

5. Proposed Discovery Plan.

   a. Initial Disclosures. Counsel agree to provide the Initial Disclosures required by CR 26(a)(1) to opposing counsel by December 20, 2009.

   b. Discovery Subjects and Timing. Counsel agree that Plaintiff's deposition and the deposition of Defendant's corporate representative will take place in late January, most likely in Wenatchee. Counsel further agree that if any individual collector's deposition is required it will take place via the telephone. Discovery should be completed by April 30, 2010.

   c. Electronically Stored Information. Defendant will provide

FEHR LAW OFFICE, PLLC
124 N. WENATCHEE AVE., SUITE A
PO BOX 2346
WENATCHEE WA 98807-2346
509-888-0386 FAX 509-888-0391

Plaintiff's counsel with a hardcopy of its file on the Plaintiff, including all applicable legends or glossaries needed to interpret the Plaintiff's file, by December 30, 2009 and agrees to provide an electronic version of the same file.

        d.    <u>Claims of Privilege</u>.   There are currently no issues surrounding claims of privilege.

        e.    <u>Limitations on Discovery</u>. Counsel agree that no changes in the limitations on discovery are required.

DATED this 8th day of December, 2009.

        Fehr Law Office, PLLC

         s/ Jeffrey T. Fehr
        Jeffrey T. Fehr, WSBA# 32741
        P.O. Box 2346
        Wenatchee, WA  98807-2346
        Telephone: (509) 888-0386
        Fax: (509) 888-0391
        E-mail: jfehr@fehrlaw.net
        Attorney for Plaintiff

Approved as to Form and Content:
*Telephonically Approved by:*

   s/ Michael J. Beyer
MICHAEL J. BEYER, WSBA# 9109
Attorney for Defendant Midland
Credit Management, Inc.

JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN
Page 3 of 4

**FEHR LAW OFFICE, PLLC**
124 N. WENATCHEE AVE., SUITE A
PO BOX 2346
WENATCHEE WA 98807-2346
509-888-0386 FAX 509-888-0391

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Michael J. Beyer
mjbeyer@sisna.com

    s/ Jeffrey T. Fehr
Jeffrey T. Fehr, WSBA # 32741
Attorney for Plaintiff
Fehr Law Office, PLLC
P.O. Box 2346
Wenatchee, WA 98807-2346
Phone (509) 888-0386
Fax (509) 888-0391
jfehr@fehrlaw.net

JOINT STATUS CERTIFICATE AND PROPOSED DISCOVERY PLAN
Page 4 of 4

**FEHR LAW OFFICE, PLLC**
124 N. WENATCHEE AVE., SUITE A
PO BOX 2346
WENATCHEE WA 98807-2346
509-888-0386 FAX 509-888-0391