UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIS TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT INC.,<br><br>    Defendant. | No. CV-09-265-FVS<br><br>ORDER CLOSING FILE |

The Court is advised that the case has been settled. Therefore, the District Court Executive is ordered to **CLOSE** this file, subject to reopening upon good cause shown. Counsel may file settlement documents without moving to reopen the file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this ___10th___ day of December, 2009.

                    s/ Fred Van Sickle
                    FRED VAN SICKLE
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER CLOSING FILE - 1