Jeffrey T. Fehr
Fehr Law Office, PLLC
P.O. Box 2346
Wenatchee, WA  98807-2346
(509) 888-0386

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUIS TRUJILLO,<br><br>                    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,<br><br>                    Defendant. | **NO.** CV-09-0265-FVS<br><br>**ORDER OF DISMISSAL** |

ORDER

Based on the Stipulation and Motion for Dismissal submitted by the parties, it is hereby

**ORDERED** that all claims against Defendant Midland Credit Management, Inc. are hereby dismissed with prejudice and without an award for attorney's fees or costs to any party.

ORDER OF DISMISSAL
Page 1 of 2

**FEHR LAW OFFICE, PLLC**
124 N. WENATCHEE AVE., SUITE A
PO BOX 2346
WENATCHEE WA 98807-2346
509-888-0386 FAX 509-888-0391

1  SO ORDERED this 26th day of January, 2010.

2

3

4                                    Honorable Fred Van Sickle

5                                       s/ Fred Van Sickle
                                     _____
6                                    Judge

7

8  Presented by:
   Fehr Law Office, PLLC
9

10

11   s/Jeffrey T. Fehr
   Jeffrey T. Fehr, WSBA# 32741
12 Attorney for Plaintiff

13

14
   Approved as to Form and Content
15 Notice of Presentation Waived:
   *Electronically Approved*
16

17   s/Michael J. Beyer
   MICHAEL J. BEYER, WSBA# 9109
18 Attorney for Defendant Midland
19 Credit Management, Inc.

20

21

22

23

24

25

ORDER OF DISMISSAL

Page 2 of 2

**FEHR LAW OFFICE, PLLC**
124 N. WENATCHEE AVE., SUITE A
PO BOX 2346
WENATCHEE WA 98807-2346
509-888-0386 FAX 509-888-0391